JS 44(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September, 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Doreen A. Angelo
1227 Ocean Parkway
Ocean Pines, MD 21811

**(b)** County Of Residence Of First Listed Plaintiff  Maryland
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NO.)
J. Davy Yockey, Esquire
Flager & Yockey, P.C.
One Northbrook Corporate Center
Suite 280
Trevose, PA 19053
(215) 953-5200

**DEFENDANTS**
Pier 1 Imports, Inc.
Pier 1 Imports (U.S.), Inc.
2310 South Christopher Columbus Boulevard
Philadelphia, PA 19148

County Of Residence Of First Listed Defendant  Philadelphia
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)
Daniel S. Altschuler, Esquire
Robert J. Balch, Esquire
Post & Schell, P.C.
Four Penn Center, 13th Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103
(215) 587-1107

## II. BASIS OF JURISDICTION
(Place an X in ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an X in
(For Diversity Cases Only)      ONE BOX for Plaintiff and ONE BOX for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders's Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☒ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury— Med Malpractice<br>☐ 365 Personal Injury— Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/ Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence Habeas Corpus<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Others<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 861 HIA (1395FF)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC (405(g))<br>☐ 863 DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes<br>☐ 871 IRS-Third Party 28 USC 7609<br>☐ 875 Customer Challenge 12 USC 3410 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite The U.S. Civil Statute Under Which You Are Filing and Write Brief Statement of Cause. Do Not Cite Jurisdictional Statutes Unless Diversity.)

28 U.S.C. Section 1332

| VII. REQUESTED IN COMPLAINT | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ in excess of $50,000.00 | CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes    ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | (See instructions): | JUDGE _____ | DOCKET NO. _____ |
|---|---|---|---|

DATE    July 3, 2012                          SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICIAL USE ONLY

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

JS 44 Reverse (Rev. 12/96)

<h1 style="text-align:center">INSTRUCTIONS FOR ATTORNEYS COMPLETING<br>CIVIL COVER SHEET FORM JS-44</h1>

## Authority For Civil Cover Sheet

      The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**    (a)   *Plaintiffs – Defendants.* Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) *County of Residence.* For each civil case filed, except U.S. plaintiff cases, enter the name of the ocunty where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the ocunty in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved).

(c) *Attorneys.* Enter firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)"/

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in on e of the boxes. If there is more than one basis of jurisdicition, precedence is given in the order shown below:

United States plaintiff. (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the cintizenship of the different parties must be checked. (See Section III below; federal quistion actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Cause of Action.** Report the civil statue directly related to the cause of action and give a brief description of the cause.

**V. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action , in Section IV above, is sufficient to enable the deputy clerk or the statistical clekrs in the Administrative Office to detemine the nature of the suit. If the cause fits more than one nature of suit, select the most definitive.

**VI. Origin.** Place an "X" in one of the seven boxes.

Origional Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C. Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from M gistrate Judgement. (7) Check this box for an appeal from a magistrate's decision.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS-44 is used to reference relating pending cases if any. If there are related pending cases, inser the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:    Doreen A. Angelo, 1227 Ocean Parkway, Ocean Pines, MD  21811

Address of Defendant:   Pier 1 Imports, Inc./Pier 1 Imports (U.S.), Inc., 2310 South Christopher Columbus Boulevard, Philadelphia, PA  19148

Place of Accident, Incident or Transaction:    Lawrenceville, NJ
*(Use Reverse Side For Additional Space)*

Does this civil action involve a non-governmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))     Yes☐ No☑

Does this case involve multi-district litigation possibilities?     Yes☐ No☑
*RELATED CASE, IF ANY:*
Case Number: _____   Judge _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes☐ No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes☐ No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes☐ No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
Yes☐ No☑

CIVIL: (Place _ in ONE CATEGORY ONLY)
A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify)

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☑ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify)

**ARBITRATION CERTIFICATION**
*(Check Appropriate Category)*
I,   Daniel S. Altschuler, Esquire   , counsel of record do hereby certify:
☑ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE:  July 3, 2012      Daniel S. Altschuler, Esquire      49470
Attorney-at-Law      Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE:  July 3, 2012      Daniel S. Altschuler, Esquire      49470
Attorney-at-Law      Attorney I.D.#
CIV. 609 (6/08)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| DOREEN A. ANGELO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. |
| PIER 1 IMPORTS, INC. and | | |
| PIER 1 IMPORTS (U.S.), INC. | | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. ( X )

| | |
|---|---|
| <u>7/3/2012</u> | <u>**Daniel S. Altschuler, Esquire**</u> |
| **Date** | **Attorney-at-law** |
| | **Attorney for Pier 1 Imports, Inc. and Pier 1 Imports (U.S.), Inc.** |

| | |
|---|---|
| <u>**(215) 587-1107**</u> | <u>**(215) 320-4143**</u> |
| **Telephone** | **FAX Number** |

**E-Mail Address:  daltschuler@postschell.com**

**(Civ. 660) 10/02**

## Civil Justice Expense and Delay Reduction Plan
### Section 1:03 - Assignment to a Management Track

(a)     The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)     In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management.  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)     The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)     Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)     Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

### SPECIAL MANAGEMENT CASE ASSIGNMENTS
#### (See §1.02 (e) Management Track Definitions of the
#### Civil Justice Expense and Delay Reduction Plan)

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation.  The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985.  This term is intended to include cases that present unusual problems and require extraordinary treatment.  See §0.1 of the first manual.  Cases may require special or intense management by the court due to one or more of the following factors:  (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition.  It may include two or more related cases.  Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues.  See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

**POST & SCHELL, P.C.**
BY: DANIEL S. ALTSCHULER, ESQUIRE
E-MAIL: daltschuler@postschell.com
I.D. # 49470
BY: ROBERT J. BALCH, ESQUIRE
E-Mail: rbalch@postschell.com
I.D. # 202990
FOUR PENN CENTER
1600 JOHN F KENNEDY BLVD.
PHILADELPHIA, PA  19103
215-587-1000                              Attorneys for DEFENDANTS

| | |
|---|---|
| DOREEN A. ANGELO | |
| Plaintiffs, | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA |
| v. | |
| PIER 1 IMPORTS, INC. and PIER 1 IMPORTS (U.S.), INC., | NO. |
| Defendants. | |

## PETITION FOR REMOVAL

Defendants, Pier 1 Imports, Inc. and Pier 1 Imports (U.S.), Inc., by and through their counsel, hereby seek removal of the above-captioned action pursuant to 28 U.S.C. §1441, *et seq.* and §1446 *et seq.*, which is presently pending in the Court of Common Pleas of Philadelphia County, June Term, 2012, No.: 0949.  In support thereof, Defendants aver as follows:

## BACKGROUND

1.      This civil action was originally commenced on June 8, 2012 by the filing of a Complaint in the Court of Common Pleas of Philadelphia County.

2.      In her Complaint, Plaintiff claims to have been struck on the head, neck and shoulders by a falling wooden giraffe while shopping at a Pier 1 Imports store located at or about 2310 South Christopher Columbus Blvd., Philadelphia, PA on June 10, 2010. See Exhibit "A," ¶¶ 4 and 6.

3.     Defendants, Pier 1 Imports, Inc. and Pier 1 Imports (U.S.), Inc. were first served with the Complaint on June 12, 2012. A true and correct copy of the served Complaint is attached hereto as Exhibit "A" and a true and correct copy of the Affidavit of Service is attached hereto as Exhibit "B".

## BASIS FOR REMOVAL TO FEDERAL COURT

4.     Plaintiff alleges that she is an adult citizen resident of the State of Maryland with an address of 1227 Ocean Parkway, Ocean Pines, Maryland.  See Exhibit "A".

5.     Defendant, Pier 1 Imports, Inc., is a Delaware Corporation with a principal place of business located at 100 Pier 1 Place, Fort Worth, TX 76102.  See the Affidavit of Shannon K. Hester, Legal Department Manager for Pier 1 Services Company, an affiliate of Pier 1 Imports (U.S.), Inc. and a subsidiary of Pier 1 Imports, Inc. attached hereto as Exhibit "C".

6.     Defendant, Pier 1 Imports (U.S.), Inc., a subsidiary of Pier 1 Imports, Inc., is a Delaware corporation which likewise maintains a principal place of business located at 100 Pier 1 Place, Fort Worth, TX 76102.  See the Affidavit of Shannon K. Hester, Legal Department Manager for Pier 1 Services Company, an affiliate of Pier 1 Imports (U.S.), Inc. and a subsidiary of, Pier 1 Imports, Inc. attached hereto as Exhibit "C".

7.     As a result of the alleged incident, Plaintiff alleges to have suffered significant and permanent injuries including but not limited to:

- injuries to her head resulting in cognitive impairment;

- spinal damage with radiculopathy;

- injuries to her neck, back and shoulders;

- headaches; and

- other damage to her body resulting in a loss of earnings and/or loss of earning capacity, past and future medical expenses, pain-and-suffering, mental anguish, and loss of life's pleasures and activities.

<u>See</u> Exhibit "A," ¶¶ 9 – 13.

8.      Accordingly, based upon the allegations in the Complaint including Plaintiff's alleged injuries and damages, the amount in controversy exceeds the jurisdictional limits.

9.      The instant civil action therefore satisfies diversity of citizenship jurisdiction pursuant to 28 U.S.C. §1332 insofar as all parties are of diverse citizenship and the amount in controversy is in excess of $75,000.00.

10.     This Petition for Removal, and related papers, is timely under 28 U.S.C. §1446(b) because it has been filed within thirty (30) days of the date of service of the Complaint, June 12, 2012. <u>See</u> Exhibit "B."

11.     Defendants will file copies of this Petition of Removal, and related papers, with the Prothonotary of the Court of Common Pleas of Philadelphia County in order to effect removal of this action pursuant to 28 U.S.C. §1446(d).

12.     Simultaneous with the filing of this Petition of Removal, Defendants have given written Notice of Removal to Plaintiff.

**WHEREFORE**, pursuant to 28 U.S.C. §1441, <u>*et seq.*</u>, and §1446, <u>*et seq.*</u>, Defendants, Pier 1 Imports, Inc. and Pier 1 Imports (U.S.), Inc., respectfully request that the above-captioned matter now pending in the Court of Common Pleas of Philadelphia County be removed to the United States District Court for the Eastern District of Pennsylvania.

                                        Respectfully submitted,

Dated:  July 3 , 2012                   **POST & SCHELL, P.C.**

                                        By: _____
                                            DANIEL S. ALTSCHULER, ESQUIRE
                                            Attorneys for Defendants, Pier 1 Imports, Inc.
                                            and Pier 1 Imports (U.S.), Inc.

-3-

**POST & SCHELL, P.C.**
BY: DANIEL S. ALTSCHULER, ESQUIRE
E-MAIL: daltschuler@postschell.com
I.D. # 49470
BY: ROBERT J. BALCH, ESQUIRE
E-Mail: rbalch@postschell.com
I.D. # 202990
FOUR PENN CENTER
1600 JOHN F KENNEDY BLVD.
PHILADELPHIA, PA  19103
215-587-1000                                    Attorneys for DEFENDANTS

| | |
|---|---|
| DOREEN A. ANGELO | |
| Plaintiffs, | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA |
| v. | |
| PIER 1 IMPORTS, INC. and PIER 1 IMPORTS (U.S.), INC., | NO. |
| Defendants. | |

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Notice of Removal of defendant has been filed with the Court and has been served this day by First Class Mail, to the following person:

J. Davy Yockey, Esquire
Flager & Yockey, P.C.
One Northbrook Corporate Center
Suite 280
Trevose, PA  19053

Dated:  July 3 , 2012                    **POST & SCHELL, P.C.**

By: _____
DANIEL S. ALTSCHULER, ESQUIRE
Attorneys for Defendants,
Pier 1 Imports, Inc. and
Pier 1 Imports (U.S.), Inc.

# EXHIBIT "A"

## CIVIL ACTION COMPLAINT

## COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| | For Prothonotary Use Only (Docket Number) |
|---|---|
| **JUNE 2012** | **000949** |
| E-Filing Number: 1206013283 | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| DOREEN A.. ANGELO | PIER 1 IMPORTS, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1227 OCEAN PARKWAY<br>OCEAN PINES MD 21811 | 2310 S. CHRISTOPHER COLUMBUS  BOULEVARD<br>PHILADELPHIA PA 19148 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | PIER 1 IMPORTS, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 2310 S. CHRISTOPHER COLUMBUS  BOULEVARD<br>PHILADELPHIA PA 19148 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | PIER 1 IMPORTS (U.S.), INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 2310 S .CHRISTOPHER COLUMBUS BOULEVARD<br>PHILADELPHIA PA 19148 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 3 | ☒ Complaint ☐ Petition Action ☐ Notice of Appeal<br>☐ Writ of Summons ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

| CASE TYPE AND CODE |
|---|
| 2S – PREMISES LIABILITY, SLIP/FALL |

| STATUTORY BASIS FOR CAUSE OF ACTION |
|---|
| |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES        NO |
|---|---|---|
| | **FILED**<br>**PRO PROTHY**<br><br>JUN 08 2012<br><br>J. MURPHY | |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant:   DOREEN A. ANGELO

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| J. DAVY YOCKEY | 1210 NORTHBROOK DRIVE<br>SUITE 280<br>TREVOSE PA 19053 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215) 953-5200 | (215) 953-5214 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 32815 | jackie@flageryockey.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| J. DAVY YOCKEY | Friday, June 08, 2012, 09:43 am |

FINAL COPY (Approved by the Prothonotary Clerk)

FLAGER & YOCKEY, P.C.
BY: J. Davy Yockey, Esquire
I.D. NO. 32815
One Northbrook Corporate Center
Suite 280
Trevose, PA 19053

JURY TRIAL OF 12 JURORS

FILED
Attorney for Plaintiff

## IN THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

DOREEN A. ANGELO          :    COURT OF COMMON PLEAS
1227 Ocean Parkway         :      PHILADELPHIA COUNTY
Ocean Pines, MD 21811      :
                    Plaintiff    :
        v.                 :    NO.
                           :
PIER 1 IMPORTS, INC.       :
2310 S. Christopher Columbus Blvd.  :
Philadelphia, PA 19148     :
        and                :
PIER 1 IMPORTS (U.S.), INC.  :
2310 S. Christopher Columbus Blvd.  :
Philadelphia, PA 19148     :
                    Defendants  :

### NOTICE

You have been sued in Court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that, if you fail to do so, the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Case ID: 120600949

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral and Information Service
One Reading Center
Philadelphia, PA 19107
(215) 238-6333

## AVISO

Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion.  Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra desu persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion.  Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

**LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE.  SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.  ESTA OFICINA PUEDE PROVEERLO CON LA INFORMACION NECESARIA PARA ALQUILAR A UN ABOGADO.**

**SI LE FALTA BASTANTE DINERO PARA ALQUILAR A UN ABOGADO, ES POSIBLE QUE ESTA OFICINA PUEDA PROVEERLO CON LA INFORMACION EN CUANTO A UNAS AGENCIAS LEGALES QUE PUEDE OFRECER UNOS SERVICIOS LEGALES A UN PRECIO REBAJADO PARA LOS QUE SON ELIGIBLES.**

ASOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6333

Case ID: 120600949

### COMPLAINT - CIVIL ACTION

1.  Plaintiff, Doreen A. Angelo is an adult individual residing at 1227 Ocean Parkway, Ocean Pines, Maryland.

2.  Defendant, Pier 1 Imports, Inc., is a foreign corporation authorized to conduct business in the Commonwealth of Pennsylvania with business location of 2310 S. Christopher Columbus Boulevard, Philadelphia, Pennsylvania.

3.  Defendant, Pier 1 Imports (U.S.), Inc., is a foreign corporation authorized to conduct business in the Commonwealth of Pennsylvania with business location of 2310 S. Christopher Columbus Boulevard, Philadelphia, Pennsylvania.

4.  On or about June 10, 2010, Plaintiff, Doreen A. Angelo, was a business invitee of the Defendants at their retail premises located at 2310 S. Christopher Columbus Boulevard, Philadelphia, Pennsylvania known as store number 1461 (hereinafter referred to as the "premises").

5.  On said date, it was the duty of the Defendants to keep and properly maintain its premises in a reasonably safe condition for its customers.

6.  On the above date, Plaintiff, Doreen A. Angelo, was shopping at the Defendants' premises when, without warning, an unsecured wooden giraffe, over several feet tall, fell striking Plaintiff on her head, neck and shoulders. As a result, Plaintiff sustained serious injuries which are more fully described herein.

7.  The negligence and carelessness of the Defendants, by and through their agents, servants, workmen and employees, consisted of, but is not limited to, the following:

Case ID: 120600949

 (a) improper placement of unsecured merchandise on top of furniture which would vibrate and move when customers were opening drawers;

 (b) overstocking merchandise in a confined space creating a dangerous condition upon the premises which was supervised, maintained, controlled and/or owned by the Defendants, after they knew or should have known of said condition;

 (c) failing to give Plaintiff proper and due notice of the likelihood of falling merchandise;

 (d) failing to give Plaintiff proper and adequate protection to which she was entitled to as a business invitee of Defendant;

 (e) failing to inspect and/or negligently inspecting the area in question;

 (f) failing to train personnel regarding the placement of unstable merchandise on top of other products;

 (g) failing to take preventive measures to protect business invitees from injuries caused by falling merchandise despite actual notice of prior similar incidents at this and other stores located in Pennsylvania and throughout the United States, as well as many similar incidents occurring at large retail outlets throughout the country.

8. Defendants had actual and/or constructive notice of the dangerous condition in its store prior to the aforesaid accident, when Plaintiff was seriously injured.

9. As a direct result of the aforesaid negligence and carelessness of the Defendants, Plaintiff, Doreen A. Angelo, sustained serious and painful injuries, including but not

Case ID: 120600949

limited to: injuries to her head resulting in cognitive impairment, spinal damage with radiculopathy, injuries to her neck, back and shoulders, headaches, and damage to her bones, cells, muscles, tissues and nervous system, some or all of which may be permanent in nature.

10.   As a further result, Plaintiff has suffered loss of earnings and/or loss of earning capacity and a claim is asserted for same.

11.   As a further result, Plaintiff has been forced to expend various and diverse sums of money in an effort to treat and cure her injuries and ills and may be required to do so for an indefinite period of time into the future, all to her great financial detriment and loss.

12.   As a direct result of the aforesaid accident, Plaintiff has suffered and may in the future suffer great physical pain, mental anguish, emotional suffering, and other non-economic and economic losses.

13.   Further, as a result of this accident, Plaintiff has suffered an interference with her usual duties, chores, life's pleasures and activities and may continue to suffer such interference in the future.

WHEREFORE, Plaintiff, DOREEN A. ANGELO, demands judgment against the Defendants, PIER 1 IMPORTS, INC. AND PIER 1 IMPORTS (U.S.), INC., jointly and severally, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus interest, costs of suit and delay damages.

FLAGER AND YOCKEY, P.C.

BY: _____
J. DAVY YOCKEY
Attorney for Plaintiff

Case ID: 120600949

## JURY DEMAND

Plaintiff hereby demands a jury trial of twelve jurors.

FLAGER & YOCKEY, P.C.

BY: _____

J. DAVY YOCKEY
Attorney for Plaintiff

20120615076709

Case ID: 120600949

**VERIFICATION BASED UPON PERSONAL KNOWLEDGE
AND INFORMATION SUPPLIED BY COUNSEL**

I, *Dawes a Angelo* , verify that I am the Plaintiff in the foregoing action and that the attached Complaint is based upon the information which has been gathered by my counsel in preparation of this lawsuit. The language of the Complaint is that of counsel. I have read the Complaint, and to the extent that it is based upon information which I have given to my counsel, it is true and correct to the best of my knowledge, information and belief. To the extent that the contents of the Complaint are that of counsel, I have relied upon counsel in making this Verification.

I understand that intentional false statements herein are made subject to the penalties of 18 Pa. C.S. A. §4904 relating to unsworn falsifications made to authorities.

_____

6/8/12
DATED

Case ID: 120600949

# EXHIBIT "B"

## AFFIDAVIT OF SERVICE

## COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

# Affidavit / Return of Service

| | | |
|---|---|---|
| **Plaintiff:** | DOREEN A. ANGELO | **Court Term & No.:** 120600949<br><br><br>E-File# 1206039362 |
| **Defendant:** | PIER 1 IMPORTS (U.S.), INC.<br>PIER 1 IMPORTS, INC. | **Document Served:**<br>  Plaintiff's Complaint |
| **Serve at:** | 2310 S. COLUMBUS BOULEVARD | **Company Reference/Control No.:**<br>59869, 59870 |

Served and Made Known to PIER 1 IMPORTS (U.S.), INC. AND PIER 1 IMPORTS, INC. on 06/12/2012 at 02:19 PM, in the manner described below:

 Agent or person in charge of Party's office or usual place of business. NAME: JEANETTE WASHINGTON, MANAGER

| | Age: | Height: | Weight: | Race: | Sex: |
|---|---|---|---|---|---|
| **Description** | 35 | 5' 2" | 125 lbs. | Black | Female |
| | Other: | | | | |

| **Company Profile:**<br>DENNIS RICHMAN SERVICES FOR THE PROFESSIONAL, INC.<br>1500 J.F.K. BOULEVARD<br>SUITE 1706<br>PHILADELPHIA PA 19102<br>PHONE: (215)977-9393 | **Name of Server:** ALBERT G. MENTZ<br><br>Being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief. |
|---|---|
| | **Deputy Sheriff:** |

**FILED AND ATTESTED PRO-PROTHY 24 JUN 2012 11:27 PM**

\\zdrafsrv 12/8/11

# EXHIBIT "C"

## AFFIDAVIT OF SHANNON K. HESTER, LEGAL DEPARTMENT

## MANAGER FOR PIER 1 SERVICES COMPANY

6

DOREEN A. ANGELO

                    Plaintiffs,

              v.

PIER 1 IMPORTS, INC. and PIER 1
IMPORTS (U.S.), INC.,

                    Defendants.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA


NO.

## AFFIDAVIT IN SUPPORT OF PETITION FOR REMOVAL

I, Shannon K. Hester, state the following to be true:

1.      I am an adult individual residing within the State of Texas.

2.      I am the Legal Department Manager for Pier 1 Services Company, an affiliate of Defendant Pier 1 Imports (U.S.), Inc. and a subsidiary of Defendant Pier 1 Imports, Inc.

3.      I am fully and personally aware of the facts set forth below.

4.      At the time of the incident alleged in the Complaint, and presently, Pier 1 Imports, Inc. is a corporation incorporated in the State of Delaware with a principal place of business located at 100 Pier 1 Place, Fort Worth, TX 76102.

5.      At the time of the incident alleged in the Complaint, and presently, Pier 1 Imports, (U.S.) Inc. is a corporation and a subsidiary of Pier 1 Imports, Inc.

6.      At the time of the incident alleged in the Complaint, and presently, Pier 1 Imports, (U.S). Inc. is a corporation incorporated in the State of Delaware with a principal place of business located at 100 Pier 1 Place, Fort Worth, TX 76102.

_Shanna K. Hester_
Shannon K. Hester

Sworn to before me this _3rd_ day of _July_, 2012

_Janet Holbrook_
NOTARY PUBLIC

JANET HOLBROOK
Notary Public
STATE OF TEXAS
My Comm. Exp. June 20, 2016